RANDY S. GROSSMAN
United States Attorney
OLEKSANDRA JOHNSON
Assistant U.S. Attorney
California Bar No. 265442
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9769
Email: Oleksandra.Johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: **'23CV1016 BEN BLM** |
|---|---|
| Plaintiff, | |
| v. | **COMPLAINT** |
| MARIA RUVALCABA, | |
| Defendant. | |

Plaintiff, United States of America, by and through its undersigned attorneys, brings this complaint against Defendant, Maria Ruvalcaba, and alleges the following:

### I. NATURE OF THIS ACTION

1.   Starting as early as 2020 and continuing to the present, Defendant has been engaged in a fraudulent scheme using the United States mails and interstate or foreign wire communications. Defendant's conduct involves knowingly receiving funds (currency, checks, and/or money orders), gift cards, and/or merchandise obtained via fraud, and then transmitting the same money to accomplices. Other participants in the fraud scheme contact potential victims, falsely claim that those victims have won a lottery, sweepstakes, and/or prize, and thereby induce the victims into paying fees by transmitting funds to Defendant in order for victims to receive the falsely promised winnings. Victims are instructed to wire those funds to Defendant and others or send the funds via mail and parcel carriers.

2. The United States seeks to prevent continuing and substantial injury to victims of this fraudulent scheme by bringing this action for a permanent injunction and other equitable relief under 18 U.S.C. § 1345 to enjoin the ongoing commission of mail and wire fraud violations in violation of 18 U.S.C. §§ 1341, 1343, and 1349.

## II. JURISDICTION AND VENUE

3. This Court has jurisdiction over this action under 18 U.S.C. § 1345 and 28 U.S.C. §§ 1331 and 1345.

4. Venue is proper in this district under 28 U.S.C. § 1391(b)(1) and (b)(2).

## III. PARTIES

5. Plaintiff is the United States.

6. Defendant Maria Ruvalcaba is a resident of this district, residing in San Diego, California. In connection with the matters alleged herein, Defendant transacts and has transacted business in this district.

## IV. FACTS

7. Since at least as early as 2020, Defendant has assisted and facilitated a fraud scheme by receiving funds (currency, checks, and/or money orders), gift cards, and/or merchandise related to a fake prize, sweepstakes, or lottery scam. Defendant plays a critical role in the scheme by receiving victim payments via wire transfers or by U.S. mail and commercial mail carriers, and then transmitting those funds to other individuals involved in the scheme. Since July 2020, Ruvalcaba received approximately 33 (thirty-three) suspicious parcels sent via United States mail. Ruvalcaba sent outgoing wires to Jamaica shortly after receiving parcels with victim funds.

8. D.W., an 82-year-old resident of Coldspring, Texas, was contacted by unknown individuals in approximately 2019 or 2020 and informed that D.W. won a Publisher's Clearing House prize. D.W. was told he needed to pay fees to claim the prize, and was instructed to send money to Ruvalcaba because she was an "attorney." D.W. reported that over the years, he lost over $100,000 to the fraudulent scheme. Between July 2020 and February 2023, D.W. sent approximately 15 (fifteen) parcels to Ruvalcaba via

U.S. mail. According to Wal-Mart records, on September 11, 2020, D.W. wired $500 to Ruvalcaba. On September 12, 2020, D.W. wired $100 to Ruvalcaba.

9. According to Western Union records, between December 26, 2020, and January 3, 2021, Ruvalcaba successfully completed two wires to Jamaica totaling $950. According to Wal-Mart records, in 2020, Ruvalcaba completed approximately 12 (twelve) wire transfers totaling $5,705 to individuals in Jamaica:

| Date | Amount |
| --- | --- |
| March 14, 2020 | $600 |
| August 20, 2020 | $501 |
| August 22, 2020 | $270 |
| September 8, 2020 | $750 |
| September 11, 2020 | $500 |
| September 13, 2020 | $600 |
| September 20, 2020 | $200 |
| September 25, 2020 | $192 |
| October 5, 2020 | $500 |
| October 14, 2020 | $500 |
| October 21, 2020 | $700 |
| October 23, 2020 | $392 |

10. D.M., a 77-year-old resident of Fulton, MO, reported that he sent cash to Ruvalcaba as payments to claim a Publisher's Clearing House prize. Between March 1, 2023, and April 24, 2023, D.M. sent 7 parcels to Ruvalcaba via FedEx. A parcel intended for delivery on April 11, 2023, was identified as fraud by FedEx. The parcel was examined and found to contain $700 in currency.

## V. DEFENDANT'S KNOWLEDGE OF FRAUD

11. Upon information and belief, the United States alleges that Defendant has knowledge that this conduct facilitates a mail and wire fraud scheme.

12. According to Wells Fargo Bank records, on or around July 30, 2020, Ruvalcaba's Wells Fargo Bank account was closed due to fraud.

13. On July 16, 2020, October 4, 2021, and April 30, 2021, the United States Postal Inspection Service sent letters to Defendant, warning that Ruvalcaba may be engaging in fraudulent activity that involves the sending and/or receiving of funds related to a fake lottery or other fraud scheme. Since receipt of the warning letters, Defendant has continued to assist and facilitate the fraud scheme by accepting victim payments and transmitting those payments to fraudsters.

## VI. HARM TO VICTIMS

14. Victims suffer financial losses from the mail and wire fraud scheme facilitated by Defendant.

15. Absent injunctive relief by this Court, Defendant's conduct will continue to cause injury to victims.

## COUNT 1

16. The United States re-alleges and incorporates by reference Paragraphs 1 through 15 of this Complaint as though fully set forth herein.

17. By reason of the conduct described herein, Defendant has violated, is violating, and is about to violate 18 U.S.C. §§ 1341, 1343, and 1349 by facilitating a scheme and artifice to defraud and obtain money or property by means of false or fraudulent representations with the intent to defraud, and, in so doing, use the United States mails and interstate or foreign wire communications.

18. Because Defendant is committing or about to commit mail or wire fraud, the United States is entitled, under 18 U.S.C. § 1345, to seek permanent injunction restraining all future fraudulent conduct and to any other action that this Court deems just and proper to prevent a continuing and substantial injury to the victims.

19. As a result of the foregoing, Defendant's conduct should be enjoined pursuant to 18 U.S.C. § 1345.

## VII. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, United States of America, requests of the Court the following relief:

  A. That the Court issue a permanent injunction, pursuant to 18 U.S.C. § 1345, ordering that Defendant is restrained from engaging, participating, or assisting in any lottery fraud scheme or money transmitting business; and

  B. That the Court order such other and further relief as the Court shall deem just and proper.

Respectfully submitted,

Dated: June 1, 2023  RANDY S. GROSSMAN
United States Attorney

OLEKSANDRA JOHNSON
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Southern District of California and of such age and discretion as to be competent to serve papers;

It is further certified that on this day, I caused said pleading to be mailed by FedEx to Defendant, addressed as follows:

Maria Ruvalcaba
4384 Bannock Ave.,
San Diego, CA 92117

Dated this 1st day of June, 2023.

NICOLE CAMPANA
Supervisory Paralegal Specialist
United States Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Phone: 619-546-8701
Email: nicole.campana@usdoj.gov